FILED

AUG 26 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. MO11CR0294 |
| v. | § § | |
| STEVEN CANTRELL | § § | |

INFORMATION

The United States charges:

Count One
Damage or Destroy Religious Real Property
(Violation of 18 U.S.C. §§ 247(c) and (d)(3))

On or about December 28, 2010, in the Midland-Odessa Division of the Western District of Texas, the defendant, Steven Cantrell, did intentionally deface, damage and destroy religious real property, that is, the defendant did set fire to Faith in Christ Church at or about 401 Vivian Street, Crane, Texas, because of the race, color, and ethnic characteristics of the individuals associated with that property. The violation was committed by means of fire and involved an attempt to kill C. H., an African-American man who Cantrell believed was present in the church when he set the fire.

All in violation of Title 18 U.S.C. §§ 247(c) and (d)(1) and (3).

Count Two
Use of Fire
(Violation of 18 U.S.C. § 844(h))

On or about December 28, 2010, in the Midland-Odessa Division of the Western District of Texas, the defendant, Steven Cantrell, did intentionally use fire to commit a felony which may be prosecuted in a court of the United States, that is, the defendant used fire to commit a felony violation of 18 U.S.C. § 247(c) as charged in Count One of this information.

All in violation of Title 18 U.S.C. § 844(h).

Count Three
Interfering with Housing
(Violation of 42 U.S.C. § 3631)

On or about December 28, 2010, in the Midland-Odessa Division of the Western District of Texas, the defendant, Steven Cantrell, willfully did and attempted to injure, intimidate, and interfere with another person, J.C., a male the defendant believed to be Jewish, by force and threat of force, because of J.C.'s race, color, religion, and national origin and because J.C. was and had been purchasing, renting, financing, and occupying a dwelling at or about 814 S. Alford, in Crane, Texas. This offense involved the use of fire.

All in violation of 42 U.S.C. § 3631.

Count Four
Arson
(Violation of 18 U.S.C. § 844(i))

On or about December 28, 2010, in the Midland-Odessa Division of the Western District of Texas, the defendant, Steven Cantrell, did intentionally and maliciously damage and destroy, by means of fire, real and personal property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce, that is, the defendant did and attempted to set fire to Craig's Gym at 701 Gaston Ave, in Crane, Texas.

All in violation of Title 18 U.S.C. § 844(i).

THOMAS E. PEREZ
ASSISTANT ATTORNEY GENERAL
FOR CIVIL RIGHTS

_____
VICTOR BOUTROS
Trial Attorney
State Bar of Texas No. 24042744
U.S. Department of Justice
Civil Rights Division
Criminal Section, PHB, Rm 5532
601 D Street, NW
Washington, DC 20004
Telephone: 202.616.9527
Facsimile: 202.514.8336
victor.boutros@usdoj.gov

JOHN E. MURPHY
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TEXAS

_____
JOHN S. KLASSEN
Assistant United States Attorney
State Bar of Texas No. 1553500
400 W. Illinois, Suite 1200
Midland, TX 79701
Telephone: 432.686.4110
Facsimile: 432.686.4131
john.klassen2@usdoj.gov

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO11CR0294

| | |
|---|---|
| SEALED: | UNSEALED: XX |
| COUNTY: Crane | DIVISION: MIDLAND/ODESSA    JUDGE: JUNELL |
| DATE: September 2, 2011 | MAG CT #: MO-11-151M    FBI #: |
| CASE NO: MO-11-CR-266 | ASSISTANT U.S. ATTORNEY: JOHN S. KLASSEN |
| DEFENDANT: STEVEN SCOTT CANTRELL | DOB: XXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USC    INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
Mr. Raymond Keith Fivecoat
214 W. Texas Avenue, Suite 811
Midland, Texas 79702-3507                                APPOINTED

DEFENDANT IS: Detained

DATE OF ARREST: May 18, 2011                 BENCH WARRANT: XXX

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Information

OFFENSE (Code and Description):  18 USC 247( c ), (d)(1) - Damage/Destroy Religious Property; 18 USC 844(h) - Use of Fire in Federal Felony; 42 USC 3631 - Interference with Housing; 18 USC 844(I) - Federal Arson.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1: A term of imprisonment for any term of years or for life; a term of supervised release not to exceed 5 years; a fine not to exceed $250,000; and a mandatory $100 special assessment; Ct. 2 (To run consecutive to Ct. 1): A mandatory 10 year term of imprisonment; Ct. 3: A term of imprisonment up to life; a term of supervised release not to exceed 3 years; a fine not to exceed $250,000 and a $100 mandatory special assessment; Ct. 4: A term of imprisonment not less than 5 years and not to exceed 20 years; a term of supervised release not to exceed 3 years; a fine not to exceed $250,000; and a $100 mandatory special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Steve French, S/A
Federal Bureau of Investigation
1004 N. Big Spring Street, Suite 600
Midland, Texas 79701